UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID R. TARVER,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | Case No.  C05-5802FDB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 12th day of January, 2006.

                                                           Karen L. Strombom
                                                           United States Magistrate Judge