UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TARVER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT<br><br>　　　　Respondent. | Case No. C05-5802FDB<br><br>ORDER CHANGING CASE CAPTION AND FOR SERVICE AND RETURN, § 2254 PETITION |

　　　　This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 5). Petitioner originally named only the State of Washington as a Respondent. An order to amend or change the caption was entered and petitioner has filed a motion to change the caption to reflect Maggie Miller-Stout is the respondent. That motion is **GRANTED.** Further, the court now **ORDERS:**

　　　　(1)　The clerk shall arrange for service by certified mail upon respondent, a copy of the petition, of all documents in support thereof, and of this Order. All costs of service shall be

ORDER

advanced by the United States.  The Clerk shall assemble the necessary documents to effect service.  The Clerk shall send petitioner a copy of this Order and the General Order.

(2) Within forty-five (45) days after such service, respondent shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts.  As part of such answer, respondents should state whether petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse of delay under Rule 9.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the Clerk of Court and serve a copy of the answer upon petitioner.

(3) The answer will be treated in accordance with Local Rule CR 7.  Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent may file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 22nd day of February, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER